**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>**

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>**JOHN DOE**,<br><br>　　　Defendant. | Civil Action No.<br>2:13-cv-12202-PDB-DRG<br><br>Hon. Paul D. Borman<br>United States District Judge<br><br>Hon. David R. Grand<br>United States Magistrate Judge |

PAUL J. NICOLETTI (P44419)
NICOLETTI & ASSOCIATES, PLLC
Attorneys for the Plaintiff
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 203-7800
Fax: (248) 203-7801
Email:  paul@nicoletti-associates.com

ERIC C. GRIMM (P58990)
WILLIAMS | HUGHES, PLLC
Attorneys for Movant Comcast
Subscriber Alpha and Household
120 West Apple Avenue
P.O. Box 599
Muskegon, MI 49443-0599
231.728.1111
Fax: 231.727.2111
Email:
ecgrimm@williamshugheslaw.com

**ORDER GRANTING MOTION FOR
<u>EXTENSION OF TIME</u>**

　　　Before the Court is a motion for extension of time (Doc. Ent. 10), filed on behalf of a moving party identified as "Comcast Subscriber Alpha." ("Subscriber"). The submission in question requests other relief, but the scope of this order is limited to the Subscriber's request for an extension of time.

　　　After considering the Subscriber's motion for an extension of time, the entire record, and the applicable law, the Subscriber's motion is GRANTED. The Subscriber shall have fourteen (14) days from the date of this order, to supplement the Subscriber's

motion to quash and for a protective order.

    It is so ORDERED.

                                    s/Paul D. Borman  
                                    PAUL D. BORMAN  
                                    UNITED STATES DISTRICT JUDGE

Dated:  August 5, 2013

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 5, 2013.

                                    s/Deborah Tofil  
                                    Case Manager