UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC.,

       Plaintiff(s),

                                 Civil No. 13-cv-12202
                                 Honorable Paul D. Borman

V                                 Magistrate Judge David R. Grand

JOHN DOE subscriber assigned
IP address, 68.43.35.2,

       Defendant(s).
_____/

## NOTICE OF TELEPHONIC CONFERENCE

A telephonic conference re: Joint Motion to Extend [13] has been scheduled for **September 3, 2013 at 2:00 p.m.**

**The Court will initiate the Telephone Conference call to all parties.   PLEASE REFRAIN FROM THE USE OF CELL PHONES.**

Counsel should take notice that only attorneys who are admitted to the bar of this Court may argue at a motion hearing.  See E.D. Mich. LR 83.20.  Attorneys who are not admitted may be on the call for a telephonic hearing, but may not argue.

Dated:  August 27, 2013                         s/David R. Grand
     Ann Arbor, Michigan                   DAVID R. GRAND
                                                              United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 27, 2013.

                                                                s/Felicia M. Moses
                                                                FELICIA M. MOSES
                                                                Case Manager